UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LAQUAN O'BERRY,<br><br>Defendant. | 18-CR-277 (PAE)<br>20-CV-6267 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Pursuant to the mandate of the U.S. Court of Appeals for the Second Circuit, the Government is directed to file an opposition to Mr. O'Berry's § 2255 motion—alleging ineffective assistance of counsel and seeking reinstatement of his right to file a direct appeal—by August 21, 2020.

SO ORDERED.

                                                                                  *Paul A. Engelmayer*
                                                                                  PAUL A. ENGELMAYER
                                                                                  United States District Judge

Dated:  August 14, 2020
            New York, New York