UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAQUAN O'BERRY,<br><br>Defendant. | 18 Cr. 277 (PAE)<br>20 Cv. 6267 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On November 13, 2020, the Court scheduled an in-person evidentiary hearing for January 21, 2021, to explore factual issues relating to Mr. O'Berry's claim of ineffective assistance.  Dkt. 7.  In light of the current severity of the Covid-19 pandemic, if this hearing is to go forward on January 21, 2021, it must be conducted remotely; if any party demands an in-person hearing, the Court will adjourn the hearing until the spring.  The Court asks the parties to confer immediately as to whether they prefer a remote hearing or a postponement, and provide the Court with their views by letter due January 8, 2021.  If the hearing is to proceed remotely, the Court asks the Government to make appropriate arrangements to enable Mr. O'Berry to participate remotely.  Because Mr. Donaldson does not appear to have entered a notice of appearance, the Court directs Government counsel forthwith to furnish a copy of this order to Mr. Donaldson and directs Mr. Donaldson to file a notice of appearance.

SO ORDERED.

                                                                                    _____
                                                                                    Paul A. Engelmayer
                                                                                    United States District Judge

Dated: January 4, 2021
       New York, New York

2