UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LAQUAN O'BERRY,

Defendant.

---

18 Cr. 277 (PAE)
20 Cv. 6267 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

An in-person evidentiary hearing is currently scheduled in this case for April 22, 2021 at 10 a.m. Dkt. 11. The Court expects that counsel have made arrangement to assure that Mr. O'Berry will be produced for the conference, consistent with current public health protocols.

The parties' joint letter is due on April 8, 2021. *Id.* The Court now schedules a telephonic status conference in advance of the in-person hearing for April 9, 2021, at 1 p.m, for the purpose of discussing the business to be covered at the upcoming hearing. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. Counsel are also directed to email chambers at EngelmayerNYSDChambers@nysd.uscourts.gov with a list of attorneys who will be appearing at the conference by April 7, 2021.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: March 26, 2021
       New York, New York